## OCTOBER TERM, 1926. 771

273 U. S.    Cases Disposed of Without Consideration by the Court.

with costs per stipulation of counsel. *Mr. Norman Farrell* for plaintiff in error. No appearance for defendant in error.

---

No. 25. DELIA SALZER *v.* UNITED STATES, TREASURY DEPARTMENT, BUREAU OF WAR RISK INSURANCE. Error to and petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit. October 11, 1926. Writ of error and petition for writ of certiorari dismissed per stipulation of counsel on motion of *Solicitor General Mitchell* in that behalf, for the United States. *Messrs. Thomas F. Walsh* and *James A. Beha* for plaintiff in error.

---

No. 381. INTERNATIONAL-GREAT NORTHERN RAILROAD COMPANY ET AL. *v.* TEXAS COMPANY. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit. October 11, 1926. Petition for writ of certiorari dismissed on motion of *Mr. Richard W. Wilmer* in behalf of *Messrs. Sam Streetman* and *Samuel B. Dabney* for petitioner. *Mr. Herbert S. Garrett* for respondent.

---

No. 483. INTERNATIONAL-GREAT NORTHERN RAILROAD COMPANY ET AL. *v.* TEXAS COMPANY. Petition for writ of certiorari to the Court of Civil Appeals for the Third Supreme Judicial District of the State of Texas. October 11, 1926. Petition for writ of certiorari dismissed on motion of *Mr. Richard W. Wilmer* in behalf of *Messrs. Sam Streetman* and *Samuel B. Dabney* for petitioners. *Messrs. Harry T. Klein, H. S. Garrett,* and *Charles A. Wilcox* for respondent.

---

No. 470. UNITED STATES *v.* CURTIS AND COMPANY MANUFACTURING COMPANY. Petition for a writ of cer-